Joseph SPAHR, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 204, 2017

Supreme Court of Delaware.

Submitted: September 21, 2017

Decided: September 29, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1601013816 (N)

AFFIRMED.

William R. TRICE, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 71, 2017

Supreme Court of Delaware.

Submitted: September 25, 2017

Decided: October 2, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1011016705 (S)

DISMISSED.

Dewayne MCNAIR, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 578, 2016

Supreme Court of Delaware.

Submitted: September 27, 2017

Decided: October 2, 2017

Court Below—Superior Court of the State of Delaware in and for New Castle County, Cr. ID No. 1212003086A

AFFIRMED.